UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOES 1-98,** *et al.*,<br><br>                     Plaintiffs,<br><br>v.<br><br>**BOIES SCHILLER & FLEXNER, LLP,**<br><br>                     Defendant. | Civil Action No. **12-1855 (RJL)**<br><br>Judge Richard J. Leon |

**MOTION BY DEFENDANT BOIES, SCHILLER & FLEXNER, LLP
TO DISMISS THE COMPLAINT WITH PREJUDICE PURSUANT
TO FED. R. CIV. P. 12(b)(6) FOR FAILURE TO STATE A CLAIM**

Defendant Boies, Schiller & Flexner, LLP hereby moves for the dismissal with prejudice of the Complaint (Dkt. No. 3) of plaintiffs Does 1-98 and Paul Wolf pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

The grounds for the instant motion are set forth in the supporting memorandum of law and declaration filed simultaneously herewith.

Boies, Schiller & Flexner LLP respectfully requests the opportunity to present oral argument on the instant motion.

Dated:  February 4, 2013
             Washington, D.C.

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

      /s/ *Douglass A. Mitchell*
Douglass A. Mitchell, Bar No. WI0029
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada  89101
Phone: (702) 382-7300
Fax: (702) 382-2755
dmitchell@bsfllp.com

David R. Boyd, Bar No. 225359
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Phone: (202) 237-2727
Fax: (202) 237-6131
dboyd@bsfllp.com

*Attorneys for Defendant*
*Boies, Schiller & Flexner LLP*

*Of Counsel*
Nicholas A. Gravante Jr.
Lee S. Wolosky
Magda Jimenez Train
Stephen Kyriacou, Jr.
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 4th date of February 2013, I caused a true and correct copy of the foregoing MOTION BY DEFENDANT BOIES, SCHILLER & FLEXNER, LLP TO DISMISS THE COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(6) FOR FAILURE TO STATE A CLAIM to be served on Paul David Wolf, *pro se* plaintiff and counsel for plaintiffs Does 1-98, by filing an electronic copy of this Memorandum with the Court's ECF system, which will send notification of the filing to all counsel of record registered with that system.

                                                                                  /s/ *Douglass A. Mitchell*