UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

ATS ACTIONS
_____/

Case No. 13-80146-CIV-MARRA

DOES, et. al.

    v.

BOIES SCHILLER & FLEXNER et al.
_____/

**Plaintiffs' Response to Defendant's Motion to Withdraw as Attorney**

  The Plaintiffs take no position on Defendant Boies Schiller & Flexner LLP's Motion to withdraw the appearance of Magda Jimenez Train.  However, as a partner at Boies Schiller & Flexner LLP, Ms. Jimenez Train is also a Defendant in this case.  She was personally involved in much of the conduct described in the Complaint, and continued to enter her appearance in the names of the Doe Plaintiffs even after being threatened with this lawsuit.  We would expect to call her as a witness.

  It's understandable that the Defendant would not want Ms. Jimenez Train to represent them in this matter after she has left the firm.  However, the Defendant and Ms.

Jimenez Train should clarify who, if anyone, will be representing Ms. Jimenez Train going forward.

Respectfully submitted,

/s/ Paul Wolf

_____
Paul Wolf DC Bar # 480285
*Attorney for Does 1-97*
PO Box 46213
Denver CO 80201
(202) 431-6986
paulwolf@yahoo.com

August 21, 2014

## Certificate of Service

I hereby certify that on the 21st day of August, 2014, I filed the foregoing document with the clerk of the court through the Court's Electronic Case Filing (ECF) system, which will send notification to the attorneys of record for all other parties in this litigation.

/s/ Paul David Wolf

_____
Paul Wolf DC Bar # 480285
*Attorney for Does 1-97*