UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-MD-01916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

**This Document Relates to:**

ATS ACTION:

Does 1-98,
    Plaintiffs,
vs.

Boies Schiller & Flexner, LLP,          Case No. 13-80146-CIV-MARRA
    Defendants.
_____/

## FINAL JUDGMENT OF DISMISSAL WITH PREUDICE

Having previously entered its memorandum opinion and order granting the Defendant's motion to dismiss the Plaintiffs' amended complaint with prejudice for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b) (1), in accordance with Rule 58, Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED**:

**FINAL JUDGMENT** is entered against the Plaintiffs, **DOES 1 – 98,** and in favor of the Defendant, **BOIES SCHILLER & FLEXNER, LLP,** and this case is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 26th day of April, 2017.

KENNETH A. MARRA
United States District Judge

cc. all counsel